**Dismissed and Opinion Filed November 21, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-00743-CR**
**No. 05-24-00744-CR**
**No. 05-24-00745-CR**
**No. 05-24-00746-CR**
**No. 05-24-00747-CR**

## EX PARTE PAULINE CORONADO

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. WX-24-91259, WX-24-91260, WX-24-91261,**
**WX-24-91262, and WX-24-91352**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

Appellant Pauline Coronado appeals from the trial court's denial of her pretrial applications for writ of habeas corpus, in which she sought a bond reduction. The reporter's record demonstrates the trial court conducted a hearing on June 6, 2024, at which time it denied appellant's applications and ruled the bond remain at $250,000. The docket sheet also reflects denial of the habeas application. Appellant's notice of appeal states that she appeals from the "trial court's Order

denying writ of habeas corpus seeking reasonable bond." The clerk's records, however, contain no written order denying her applications.

On July 25, 2024, Coronado was informed the clerk's records were incomplete because they did not contain the trial court's order denying habeas relief. Coronado has not provided this Court with an order denying habeas relief.

The court of criminal appeals has held a "trial court's oral pronouncements on the record do not constitute appealable orders." *State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015). "Only a writing suffices." *State v. Sanavongxay*, 407 S.W.3d 252, 258 (Tex. Crim. App. 2012). Moreover, a docket entry is not tantamount to an order. *Payne v. State*, No. 12-17-00143-CR, 2017 WL 2570829, at *1 (Tex. App.—Tyler June 14, 2017, no pet.) (mem. op., not designated for publication); *see State v. Shaw*, 4 S.W.3d 875, 878 (Tex. App.—Dallas 1999, no pet.).

Here, the record contains no written order denying appellant's habeas application, and neither an oral pronouncement nor a docket sheet entry is sufficient to comprise an appealable, written order. *See Wachtendorf*, 475 S.W.3d at 903; *see also Sanavongxay*, 407 S.W.3d at 258; *Payne*, 2017 WL 2570829, at *1 (dismissing appeal from pretrial habeas application for want of jurisdiction absent written order); *see also Walton v. State*, No. 02-18-00396-CR, 2018 WL 6424242, at *1 (Tex. App.—Fort Worth Dec. 6, 2018, no pet.) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction because appellate court had not received

"a written order from the trial court—a prerequisite to appealability"); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth 1996, no pet.). Accordingly, we dismiss appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
240743F.U05

–3–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE PAULINE
CORONADO

No. 05-24-00743-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX-24-
91259.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

Based on the Court's opinion of this date, we **dismiss** appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

Judgment entered this 21st day of November 2024.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE PAULINE
CORONADO

No. 05-24-00744-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX-24-
91260.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

Based on the Court's opinion of this date, we **dismiss** appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

Judgment entered this 21st day of November 2024.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE PAULINE
CORONADO

No. 05-24-00745-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX-24-
91261.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

Based on the Court's opinion of this date, we **dismiss** appellant's appeal for
want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

Judgment entered this 21st day of November 2024.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE PAULINE
CORONADO

No. 05-24-00746-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX-24-
91262.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

Based on the Court's opinion of this date, we **dismiss** appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

Judgment entered this 21st day of November 2024.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE PAULINE
CORONADO

No. 05-24-00747-CR

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. WX-24-
91352.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

Based on the Court's opinion of this date, we **dismiss** appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

Judgment entered this 21st day of November 2024.